**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

CHRISTOPHER-SESSER PARTNERS, L.P.

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 06-05**
(**Judge Lawrence M. Baskir)**

---

**JOINT STATUS REPORT**

Pursuant to the Court's Order of March 8, 2006, the parties respectfully submit the following Joint Status Report to apprise the Court of the status of their continuing efforts to resolve this and numerous closely-related cases through the Court’s Alternative Dispute Resolution ("ADR") pilot program.

The parties are pleased to report that they have made significant progress in their efforts to settle this matter as well as hundreds of other related cases. Counsel for the parties have held numerous conferences and meetings in recent months in an attempt to reach final agreement on various settlement terms. These discussions have included several face-to-face meetings among counsel for the parties in Washington, D.C. The parties have also conducted numerous, and at times daily, telephonic conferences and document exchanges throughout this time period. These meetings and conferences have included the active participation of numerous concerned parties, including several owner representatives, agency officials, and experts retained by both sides.

In connection with these discussions, the parties are in the process of preparing a proposed settlement agreement that would encompass not only the claims in this matter, but also

potentially the claims of more than 600 plaintiffs in more than 230 related cases pending before the Court. The parties are also in the process of developing numerous other documents and materials that would encompass the terms of their agreement, including procedures for determining market rents for each property and a software program that would be used to calculate damages for each plaintiff.

The parties have also been greatly assisted in their settlement efforts by the involvement of the Alternative Dispute Resolution judge, the Honorable Marian Blank Horn. The parties held lengthy in-person conferences with the ADR judge on January 18, 2006, February 13, 2006, and March 6, 2006, through which substantial progress was made in the parties' negotiations. The parties then held a telephonic conference with Judge Horn on March 21, 2006, and a further in-person conference is scheduled for May 8 through May 9, 2006.

In sum, the parties believe that they have made substantial progress in recent months and desire to continue with their efforts to reach an amicable resolution of this matter and the many related cases pending before the Court.

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
Mark D. Savin, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*

Dated: April 14, 2006

**Filed Electronically**
**With the consent of the**
**Attorney for Defendant**

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**

DAVID M. COHEN
Director

**s/ Shalom Brilliant**

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

*Attorneys for Defendant*